# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

EULA MAE ESCHETE

VERSUS

TERRY DELORD, M.D., AND THE
STATE OF LOUISIANA AND/OR THE
BOARD OF SUPERVISORS OF
LOUISIANA STATE UNIVERSITY AND
AGRICULTURAL AND/OR MECHANICAL
COLLEGE AS OWNER AND OPERATOR
OF LSU HEALTH SCIENCES CENTER-
HOUMA D/B/A LEONARD J. CHABERT
MEDICAL MEDICAL CENTER

NO.   2019 CW 1257

DEC 0 6 2019

---

In Re:   Terry Delord, M.D. and the State of Louisiana, through
         the Board of Supervisors of Louisiana State University
         and Agricultural and Mechanical College, applying for
         supervisory writs, 19th Judicial District Court,
         Parish of East Baton Rouge, No. 669991.

---

BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.

   WRIT DENIED.

                              PMc
                              JEW

   Holdridge, J., concurs on the showing made.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT